# SUNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

SEAN A. STUDNICKA,            )
                                      )
                Plaintiff,     )
     vs.                        )      2:10-cv-0137-WTL-JMS
                                        )
                                      )
FEDERAL BUREAU OF PRISONS, et al.,  )
                                      )
                Defendants.   )

## Entry Directing Further Proceedings

### I.

The plaintiff's request to proceed *in forma pauperis* (dkt 2) is **denied** because the plaintiff has sufficient funds to pay the $350.00 filing fee.  He shall have **through June 30, 2010,** in which to pay the filing fee to the clerk of the district court.

### II.

### A.

The complaint is **dismissed as unintelligible.** *Davis v. Ruby Foods, Inc.,* 269 F.3d 818, 820 (7th Cir. 2001)("dismissal of a complaint on the ground that it is unintelligible is unexceptionable").

No final judgment shall issue at this time.

### B.

The plaintiff shall have **through June 30, 2010,** in which to file an amended complaint. In preparing an amended complaint, the plaintiff shall conform to the following guidelines:

    a.    The amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."

    b.    The amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances.

      c.      The amended complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury.

      d.      The amended complaint shall contain a clear statement of the relief which is sought.

If an amended complaint is filed, it will be evaluated as required by 28 U.S.C. § 1915A(b). If an amended complaint is not filed as directed in Part II.B. of this Entry, the action will be dismissed pursuant to Part II.A. of this Entry.

**IT IS SO ORDERED**.

Date: 06/10/2010

_William T. Lawrence_

Distribution:

Sean A. Studnicka
#32868-048
Terre Haute - USP
P.O. Box 33
Terre Haute, IN 47808

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana